

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-21-00149-CV

Nasser **NAKISSA,**
Appellant

v.

Sarah E. **MENCHACA,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On June 23, 2021, we issued an opinion and judgment dismissing this appeal for failure to pay the $205 notice of appeal filing fee. On July 6, 2021, appellant Nasser Nakissa filed a letter we construed as a motion for rehearing, in which he explained that he had mailed a money order in the amount of the filing fee to this court. Although appellant's letter included a money order receipt and proof of mailing, our records indicated we had neither received nor cashed the money order. On July 13, 2021, the clerk of this court informed appellant by letter that we had not received his money order and notified him that if he wished to reinstate his appeal, he needed to pay the notice of appeal and motion for rehearing filing fees and provide a written explanation for his failure to timely pay the notice of appeal filing fee.

On September 1, 2021, appellant paid the notice of appeal and motion for rehearing filing fees. He also filed a letter requesting the reinstatement of his appeal and explaining that he had had to wait "more than 30 days" to receive a refund from Western Union for the money order he had previously attempted to mail to this court. He also stated that his "financial situation has turned upside down" due to the COVID-19 pandemic.

Under these circumstances, it appears appellant has complied with the directives in our July 13, 2021 letter. Accordingly, appellant's motion for rehearing remains pending before the court, and we invite appellee Sara E. Menchaca to file a response to the motion. *See* TEX. R. APP. P. 49.2 ("A motion [for rehearing] will not be granted unless a response has been filed or requested by the court."). Any response must be filed in this court **by September 20, 2021**. If

appellee elects not to file a response within the time provided, we will decide the motion for rehearing at that time. *See id.* R. 49.3.

_____

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court